UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

---

DIRECTV, LLC, a California limited liability company,

        Plaintiff,

v.

ERIC BERNARD GREEN, Individually, and as officer, director, shareholder and/or principal of BIG SHOTS ENTERTAINMENT SPORTS BAR & GRILL, INC., d/b/a BIG SHOTS ENTERTAINMENT SPORTS BAR AND GRILL, a/k/a BIG SHOTS SPORTS BAR & GRILL,

and

BIG SHOTS ENTERTAINMENT SPORTS BAR & GRILL, INC., d/b/a BIG SHOTS ENTERTAINMENT SPORTS BAR AND GRILL, a/k/a BIG SHOTS SPORTS BAR & GRILL,

        Defendants.

**ENTRY OF DEFAULT**

Civil Action No.: 5:14-CV-00463-FL

---

I, JULIE A. RICHARDS, Clerk of the United States District Court for the Eastern District of North Carolina, do hereby certify that the docket entries in the above entitled action indicate that the Defendants ERIC BERNARD GREEN, Individually, and as officer, director, shareholder and/or principal of BIG SHOTS ENTERTAINMENT SPORTS BAR & GRILL, INC., d/b/a BIG SHOTS ENTERTAINMENT SPORTS BAR AND GRILL, a/k/a BIG SHOTS SPORTS BAR & GRILL, and BIG SHOTS ENTERTAINMENT SPORTS BAR & GRILL, INC., d/b/a BIG SHOTS ENTERTAINMENT SPORTS BAR AND GRILL, a/k/a BIG SHOTS SPORTS BAR & GRILL, were served with a copy of the Complaint and Summons on August 19, 2014;

I further certify that the docket entries indicate that ERIC BERNARD GREEN,

1

Individually, and as officer, director, shareholder and/or principal of BIG SHOTS ENTERTAINMENT SPORTS BAR & GRILL, INC., d/b/a BIG SHOTS ENTERTAINMENT SPORTS BAR AND GRILL, a/k/a BIG SHOTS SPORTS BAR & GRILL, and BIG SHOTS ENTERTAINMENT SPORTS BAR & GRILL, INC., d/b/a BIG SHOTS ENTERTAINMENT SPORTS BAR AND GRILL, a/k/a BIG SHOTS SPORTS BAR & GRILL, have never submitted an answer or otherwise plead in defense of this action and their default is hereby noted.

Dated: Raleigh, NC

February 9, 2015.

By: *[signature: Julie Richard Johnston]*