UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

---

DIRECTV, LLC, a California limited liability company,

        Plaintiff,

-against-

ERIC BERNARD GREEN, Individually, and as officer, director, shareholder, and/or principal of BIG SHOTS ENTERTAINMENT SPORTS BAR & GRILL, INC., d/b/a BIG SHOTS ENTERTAINMENT SPORTS BAR AND GRILL, a/k/a BIG SHOTS SPORTS BAR & GRILL,

and

BIG SHOTS ENTERTAINMENT SPORTS BAR & GRILL, INC., d/b/a BIG SHOTS ENTERTAINMENT SPORTS BAR AND GRILL, a/k/a BIG SHOTS SPORTS BAR & GRILL,

        Defendants.

---

**ORDER**

Case No. 5:14-CV-00463

Considering the Plaintiff's Motion for permission to submit a physical exhibit, in the traditional manner, and good cause having been shown, it is hereby,

ORDERED that Plaintiff may file the Corresponding Exhibit with the Clerk of the Court in the traditional manner.

SO Ordered this 26th day of February, 2015.

_____
Hon. Louise W. Flanagan
United States District Judge