UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

|  |  |  |
|---|---|---|
| DIRECTV, LLC<br>a California limited liability company, | )<br>)<br>) |  |
| Plaintiff, | )<br>) | **DEFAULT JUDGMENT** |
| v. | )<br>) | No. 5:14-CV-463-FL |
| ERIC BERNARD GREEN, individually and as officer, director, shareholder and/or principal of Big Shots Entertainment Sports Bar & Grill, Inc., d/b/a Big Shots Entertainment Sports Bar and Grill, a/k/a Big Shots Sports Bar & Grill and BIG SHOTS ENTERTAINMENT SPORTS BAR & GRILL, INC., doing business as Big Shots Entertainment Sports Bar and Grill, also known as Big Shots Sports Bar & Grill, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |  |
| Defendants. | ) |  |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered June 16, 2015, for the reasons set forth more specifically therein, plaintiff's motion for default judgment is granted. The court awards $1,000 in statutory damages, pursuant to 47 U.S.C. § 605(e)(3)(C)(i)(II), and an additional $3,000 in enhancement damages, pursuant to § 605(e)(3)(C)(ii), for a total damages award of $4,000. The court also awards costs, including attorneys' fees, in the amount of $3,225.15. Defendants are jointly and severally liable for the total amount of damages and costs.

<u>**This Judgment Filed and Entered on June 16, 2015, and Copies To:**</u>
Dawn M. Conklin and Anthony E. Flanagan (via CM/ECF Notice of Electronic Filing)
BIG SHOTS ENTERTAINMENT SPORTSBAR & GRILL, INC., doing business as Big Shots Entertainment Sports Bar and Grill, also known as Big Shots Sports Bar & Grill in care of Registered Agent, Eric B. Green (via U.S. Mail) 8222 Hurrican Lane, Fayetteville, NC 28314
Eric Bernard Green (via U.S. Mail) 5708 Nessee Street, Fayetteville, NC 28314

June 16, 2015  JULIE RICHARDS JOHNSTON, CLERK
 /s/ Christa N. Baker
 (By) Christa N. Baker, Deputy Clerk